UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PAUL L. STEWART,

    Petitioner,

v.                                          4:15cv508–WS/CAS

JOHN M. McHUGH,
Secretary of the Army,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed August 29, 2016. See Doc. 22. The magistrate judge recommends that the respondent's motion for summary judgment (doc. 12) be granted. The petitioner has filed no objections to the magistrate judge's report and recommendation.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 22) is hereby ADOPTED and incorporated by reference into this order.

2. The respondent's motion for summary judgment (doc. 12) is GRANTED.

3. The petitioner's petition seeking review of the order denying relief entered by the Army Board for the Correction of Military Records on July 16, 2015, is DISMISSED.

4. The clerk shall enter judgment stating: "Petitioner's Petition (doc. 1) is DISMISSED WITH PREJUDICE."

DONE AND ORDERED this ___3rd___ day of ___October___, 2016.


                    s/ William Stafford  
                    WILLIAM STAFFORD  
                    SENIOR UNITED STATES DISTRICT JUDGE